UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**MARIE CLAIRE NOEL,**
      **Plaintiff,**

v.        Case No. **6:14-cv-00597-CEH-DAB**

**TERRACE OF ST. CLOUD, LLC &**
**TINA BOURLAND,**

      **Defendants.**
_____/

## JOINT PROPOSED VERDICT FORM

Do you find that Plaintiff, Marie Claire Noel, has shown by a preponderance of the evidence that:

1. Plaintiff's FMLA leave was a substantial, motivating, negative or determining factor that prompted Defendant, Terrace of St. Cloud, LLC ("TOSC") or Co-Defendant, Tina Bourland, to terminate her employment or refuse to hire her?

   Yes _____   No _____

2. Plaintiff's disability was a substantial or motivating factor that prompted TOSC to terminate her employment or refuse to hire her?

   Yes _____   No _____

3. Plaintiff's national origin was a substantial or motivating factor that prompted TOSC to terminate her employment or refuse to hire her?

   Yes _____   No _____

4. Plaintiff's color was a substantial or motivating factor that prompted TOSC to terminate her employment or refuse to hire her?

   Yes _____   No _____

5. Plaintiff's race was a substantial or motivating factor that prompted TOSC to terminate her employment or refuse to hire her?

   Yes _____    No _____

6. If you answered "Yes" to Question 1, 2, 3, 4, or 5, you must now answer the following:   ******* What amount is Plaintiff entitled to for compensation of lost wages and benefits?

   $_____

7. If you answered "Yes" to Question 2, 3, 4, or 5, you must now answer the following: What amount is Plaintiff entitled to for compensation of emotional pain, suffering or mental anguish?

   $_____

8. If you answered "Yes" to Question 2, 3, 4, or 5, you must now answer the following: What amount is Plaintiff entitled to for punitive damages?

   $_____

SO SAY WE ALL this \_\_\_\_\_ day of _____, 20\_\_\_\_\_.

_____
Foreperson's Signature

*******
**Defendants propose the following preliminary numbered instruction #6 be inserted before the damages verdict interrogatories :**

Were the acts of the Defendant done with malice or reckless indifference to Plaintiff's federally protected rights, with no good attempt to comply with the law by adopting policies and procedures designed to prohibit such discrimination in the workplace?
  Yes \_\_\_\_\_     No \_\_\_\_\_

**CERTIFICATE OF SERVICE**

        Plaintiff hereby certifies that a copy of the Parties Joint Proposed Verdict Form has been filed through the Court's CM/ECF system which shall serve a copy to Defendants' counsel.

        Respectfully submitted this 27th day of August, 2015,

| | |
|---|---|
| /s/ Daniel A. Perez | /s/Brian D. DeGailler, Esq. |
| Daniel A. Perez, Esq. | Quintairos, Prieto, Wood & Boyer, P.A. |
| Hogan & Hogan, P.A. | 255 S. Orange Ave., Suite 900 |
| 906 East Michigan Street | Orlando, FL    32801 |
| Orlando, FL 32806 | 407-872-6011   Telephone |
| (407) 422-2188 Telephone | 407-872-6012    Facsimile |
| (407) 422-3291 Facsimile | bdegailler.pleadings@qpwblaw.com |
| dperez@hoganlegal.com | Florida Bar No.: 283703 |
| FBN 426903 | Attorney for Defendants |
| Attorney for Plaintiff | |